**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7291**

─────────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

         v.

ANTHONY CHARLES PRINCE,

              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:06-cr-00012-HCM-TEM-1)

─────────────

Submitted:  December 15, 2015      Decided:  December 18, 2015

─────────────

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Anthony Charles Prince, Appellant Pro Se.  Sherrie Scott Capotosto, Kevin Michael Comstock, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Charles Prince appeals the district court's orders denying his 18 U.S.C. § 3582 (2012) motion and denying Prince's motion to reconsider. We have reviewed the record and find no reversible error. See United States v. Vaughn, __ F.3d __, __, No. 15-1416, 2015 WL 7280632, at *4 (1st Cir. Nov. 18, 2015). Accordingly, we affirm for the reasons stated by the district court. United States v. Prince, No. 2:06-cr-00012-HCM-TEM-1 (E.D. Va. June 2, 2015 & July 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED